IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

MAURO C. PALACIO                                                                                    PETITIONER
REG. #39711-180

V.                                             NO.  2:09cv00052 JLH

T.C. OUTLAW, Warden,                                                                            RESPONDENT
FCI, Forrest City, AR

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau.  There have been no objections.  The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, judgment shall be entered dismissing this 28 U.S.C. § 2241 petition for writ of habeas corpus (doc. 1) in its entirety, with prejudice.

IT IS SO ORDERED this 16th day of November, 2009.

_____
UNITED STATES DISTRICT JUDGE